

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00562-CV

Virley-Leroy **SESSION**,
Appellant

v.

**RIATA LAND ASSOCIATION HOMEOWNERS, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-2100-CV-E
Honorable Heather H. Wright, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: November 23, 2022

DISMISSED FOR WANT OF PROSECUTION

On August 29, 2022, appellant Virley-Leroy Session filed a pro se notice of appeal on behalf of himself and Donieka-Lenise Session challenging the trial court's final judgment entered on August 8, 2022. When he filed the notice of appeal, he was required to pay a $205.00 filing fee. *See* Tex. R. App. P. 5; Texas Supreme Court Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multidistrict Litigation (Misc. Docket No. 159158, Aug. 28, 2015). However, appellant did not pay the filing fee, and we notified appellant by letter on August 31, 2022 his notice of appeal

was conditionally filed and the filing fee was due by September 12, 2022. The filing fee was not paid.

On October 10, 2022, we ordered appellant to either: (1) pay the filing fee; or (2) provide written proof he was indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the filing fee by October 25, 2022. We warned appellant if he failed to respond within the time ordered, we would dismiss the appeal.[1] *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM

---

[1] We also advised appellant he, as a pro se party, could not represent another party in litigation or on appeal. *See Rodriguez v. Marcus*, 484 S.W.3d 656, 657 (Tex. App.—El Paso 2016, no pet.) ("A non-lawyer may not, however, represent another party in litigation or on appeal because it constitutes the unauthorized practice of law.").